THE HONORABLE KAREN L. STROMBOM

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JEFFREY NORMAN<br>　　　　　Plaintiff,<br>　v.<br>F/V ALMA JAYNE, O.N. 959096, HER ENGINES, MACHINERY, APPURTENANCES, ETC., IN REM;<br>and<br>AARON J. BROCKHOFF; KENNETH CHRISTENSEN AND BERNICE CHRISTENSEN, IN PERSONAM,<br>　　　　　Defendants. | **IN ADMIRALTY**<br><br>No. C09-5650 KLS<br><br>STIPULATION AND ORDER OF DISMISSAL |

COME NOW the parties to this action and stipulate that this matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 30th day of December, 2010.

| HOLMES WEDDLE & BARCOTT, P. C. | GIBBONS & ASSOCIATES, P.S. |
|---|---|
| _____//ss//_____ | _____//ss//_____ |
| Michael A. Barcott, WSBA #13317 | Steven V. Gibbons, WSBA #14028 |
| Attorney for Defendants | Attorney for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL
1

GIBBONS & ASSOCIATES, P.S.
1001 Fourth Ave., Suite 3600 Seattle, WA 981541
206/381-3340   Fax 206/381-3341

ORDER

IT IS ORDERED that this matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 12th day of January, 2011.

                                          Karen L. Strombom
                                          United States Magistrate Judge

Presented by:

GIBBONS & ASSOCIATES, P.S.

____//ss//_____

Steven V. Gibbons, WSBA #14028
Attorney for Plaintiff

HOLMES WEDDLE & BARCOTT, P.C.

____//ss//_____

Michael A. Barcott, WSBA #13317
Attorney for Defendants

Certificate of Service

I hereby certify that on the 30th day of December, 2010, I caused a copy of STIPULATION AND ORDER OF DISMISSAL to be served upon the following by ECF system electronic filing:

                Michael A. Barcott, Esq.
                Holmes Weddle & Barcott
                999 Third Avenue, Suite 2600
                Seattle, Washington 98104-4011

                                        *//S//STEVEN V. GIBBONS*